IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES D. THOMAS, Executor of the Estate of THELMA V. THOMAS, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
|  | ) Cause No. 13-cv-1320-JPG-DGW |
| v. | )<br>) |
| GRANITE NURSING AND REHABILITATION CENTER, LLC, d/b/a GRANITE NURSING & REHAB CENTER; DTD HC, LLC; D&N, LLC, and AURORA CARES, LLC, d/b/a TARA CARES, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT BY
GRANITE NURSING AND REHAB CENTER, LLC
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>**

COMES NOW Defendant Granite Nursing and Rehabilitation Center, LLC d/b/a Granite Nursing & Rehab Center, by and through its attorneys Sandberg Phoenix & von Gontard P.C., and for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

Granite Nursing and Rehabilitation Center, LLC d/b/a Granite Nursing and Rehab Center is not a "corporation" and has no parent corporation.  Granite Nursing and Rehabilitation Center, LLC is a limited liability company that consists of two members:  DTD HC, LLC and D&N, LLC.  No publicly held corporation owns 10% or more of Granite Nursing and Rehabilitation Center, LLC.

                    SANDBERG PHOENIX & von GONTARD P.C.

By: s/Leslie M. Warren
Stephen M. Strum, #6200251
Leslie M. Warren, #6304239
600 Washington Avenue
15th Floor
St. Louis, Missouri 63101-1880
314-231-3332
314-241-7604 (Fax)
E-mail:  sstrum@sandbergphoenix.com
          lwarren@sandbergphoenix.com

*Attorneys for Defendants*
*GRANITE NURSING AND REHABILITATION CENTER, LLC, d/b/a GRANITE NURSING & REHAB CENTER; DTD HC, LLC; D&N, LLC, and AURORA CARES, LLC, d/b/a TARA CARES.*

## Certificate of Service

     I hereby certify that on the 20th day of December, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Robert H. Gregory
970 E. Airline Dr., Ste. 3
East Alton, IL 62024

                    s/Leslie M. Warren

4744143.1