IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES D. THOMAS, *Executor of the Estate of* Thelma V. Thomas, *Deceased*,  )<br>)<br>)<br>Plaintiff,  )<br>)  No.   13-cv-1320 JPG/DGW<br>v.   )<br>)<br>GRANITE NURSING AND REHABILITATION CENTER, LLC, *doing business as* Granite Nursing & Rehab Center, *et al.*,   )<br>)<br>)<br>)<br>)<br>Defendants.  | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 40). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: February 12, 2015

                                              *s/ J. Phil Gilbert*
                                              UNITED STATES DISTRICT JUDGE